**Order entered June 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00383-CV

## IN RE JOSE IGNACIO GARCIA, Relator

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-01517-1**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
        JUSTICE